IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

The Report and Recommendation is adopted as uncontested (Doc #: 5). It is SO ORDERED.
s/*Dan Aaron Polster*
U.S. District Judge
8/18/2020

| | |
|---|---|
| MICHELLE CHARVAT, | Case No. 1:20-cv-1608 |
| Plaintiff, | JUDGE DAN AARON POLSTER |
| v. | MAGISTRATE JUDGE THOMAS M. PARKER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | **REPORT AND RECOMMENDATION** |
| Defendant. | |

Plaintiff, Michelle Charvat, seeks judicial review of the final decision of the Commissioner of Social Security, denying her application for disability insurance benefits ("DIB") under Title II of the Social Security Act. This matter is before me pursuant to 42 U.S.C. § 405(g) and Local Rule 72.2(b) for preparation of a Report and Recommendation. Charvat has requested leave to proceed *in forma pauperis* ("IFP") in this matter. ECF Doc. 2. Because I conclude that Charvat has failed to show that she lacks sufficient financial resources to pay the court's $400.00 filing fee, I recommend that the court DENY plaintiff's application for leave to proceed IFP.

**I.  Relevant Background**

On July 21, 2020, Charvat filed a complaint (ECF Doc. 1) and an IFP application (ECF Doc. 2). Charvat's affidavit supporting her IFP application asks that the court cover her filing fees because she lacks sufficient funds to pay the court's filing fee. ECF Doc. 2. In describing her financial status, Charvat states that she receives $1,000.00 per month in interest and dividends and $190.00 per month in food assistance. ECF Doc. 2 at 1-2. She has $100.00 cash,